FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -6  PM 4: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES EDWARD BELL                    CIVIL ACTION

VERSUS                               NUMBER: 05-3731

OFFICER D. PRATT, ET AL.             SECTION: "N"(5)


ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute.

New Orleans, Louisiana, this 6th day of September, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____